# UNITED STATE DISTRICT & BANKRUPTCY COURT FOR DISTRICT OF COLUMBIA

## CIVIL COMPLAINT

***APPEAL FROM DENVER 10TH CIRCUIT COURT OF APPEALS 15-5008 & NORTHEN DISTRICT OF Tulsa OKLAHOMA HMC-14-CVE-FHM***

**FILED**
JUN - 2 2015
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

***PLAINTIFF;Anthony C Kenney 1840 s boulder apt702***
***Tulsa ok 74119 918-770-9240***
***V***
***Defendants;SRT INC & President Tony Smith***
***904-7300023 fx 870-2164155 8055 hwy 67***
***N Texarkana Ar 71854***

Case: 1:15-cv-00813
Assigned To : Unassigned
Assign. Date : 6/2/2015
Description: Pro Se Gen. Civil (F Deck)

RECEIVED
Mail Room
APR 30 2015
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Anthony C Kenney
4-28-15

Memorandum brief &

# PROPOSED PLEADING EXHIBIT I

PLAINTIFF;ANTHONY C KENNEY 1840 S BOULDER APT702 TULSA OK 74119 918-7709240

V

DEFENDAINTS;APDA ACCADEMY AND DIRECTOR MICHALE A DAVIS 16775 W STATE HWY W PHILLIPSBURG MO 65722 417-5890186

SRT TRUCKING INC & PRESIDENT TONY SMITH 8055 HWY 67 N TEXARKANA AR 71854 904-7300023

HM C14 CVE FHM
15-5008

PLAINTIFF REQUEST PERMISSION OF THE COURT TO FILE THIS PROPOSED PLEDING AND INFORMATION AGAINST TARF IN COMPLAINT AGAINST DEFENDAINTS UNDER PENALTY AND PERJURY PURSUANT TO 28 U.S.C 1947 IN PROPER FORM WHICH INCLUDES THE LEGAL BASIS FOR SPECIFIC FILINGS AND ALLEGATIONS REPORT AND RECOMMENDATION PRURSUANT TO GENERAL ORDER.

Anthony C Kenney
4-10-15

# *MEMORANDUM IN BRIEF* II

*PLAINTIFF;ANTHONY C KENNEY*
*1840 S BOULDER APT702*
*TULSA OK 74119 (918-770-9240)*
*V*
*DEFENDANTS;PRIME RECRUITORS TRUCKING INC*
*& DIRECTOR ROBERT E LOW 2740 N MAYFAIR*
*SPRINGFIELD MO 65803 800-224-4585*

*Cliaint Plaintiff asserts claim of uneducational unreasonable damages tort to ones educational programs and cdl endoursments to licenseing to training program rights.Stateing unfair unethical hersay tort to brench of ones contract unfairly by avoiding ones to enter their training programes"Chargeing same tort in to many of every same driver academy is a brench of unfair construction of liability for to renew or regain legal 160 hours of training course to reenter the field of trucking for to renew cdl licenses privilleages by law.Chargeing lue of debts fees by brenching ones contract and sending them a 5,000thds student loan debt to their class d licenses that could warrant or suspend ones licenses or lost of drivers licenseing for a second time already defaulting student goverment loans for 4 loans since 1989 costing 100,000thds in*

***student loans debts being the 7th cdl driver adcademy school from celadon trucking school 2013----knight transportation school 2013----SRT Trucking school 20015.Plaintiff oath ratification damages for relief and debts owed and tital 1v of civil employment dispute for arbritrations to the National Arbritration Form for documental hearing for settelments at the cost of defendants.Going to these Mediations and Arbritrations who they only provide and never is their any one kind of settlement filing civil and small claim court being denied to refile in Tulsa northen district court to a go 10 8 document against filing eeoc wagnor act pro se cases.***

3-10-15

# MEMORANDUM III

PLAINTIFF;ANTHONY C KENNEY
1840 S BOULDER APT702
TULSA OK 74119 918-770-9240
V
DEFENDAINTS;APDA DRIVER ACADEMY
& DIRECTOR MICHAEL A DAVIS
16775 W. STATE HWY ,W
PHILLIPSBURG MO 65722
417-5890186 FX 417-5890326

PLAINTIFF PLEDS AGAINST IDENTITY THEFT AND FORGERY TO CDL CONTRACT ALTERING CODES OF UNETHICAL CONDUCT TO JOB PERFORMANCE SOLICITIVE ADVERSIVE UNADEQUATELY TO ONES CDL LICENSES ENDOREMENTS PRIVILAGES DELAYING ACCEPTICE OF EMPLOYMENT ENROLLMENT,SCANDALOUS PRIVEING ONES RIGHTS UNAPPROPRATELY TO CONTRAT TO THE SRT TRUCKING INC AND TO THE RECRUITOR MS TAMMY CANNEY 877244729383520 WHO DELAYING MY CONTRACT CAUSEING SRT INC TO FORGE ME A 5,000THDS FINE OWED FOR TRUCK DRIVER SCHOOL PAYMENT.I PLAINTIFF STATE OAF OF CONTRACT PROPORTY APPEARENACES PERJURY FORGERY MISCONDUCT FROM TRAINEE SUPERVISORS FROM THE APDA DRIVER ACADEMY AND POOR CONDUCT CARLESS AND ENMITORE TO PROPERTY AND LICENSES TO A CONTRACT WITH THE SRT TRUCKING INC AND OWES THE 5,000THDS STUDENT TRAINEE FEE BACK TO THE SRT COMPANY.THAT THEY HAVE NO REASONS BRENCHING THEIR CONTRACT SAYING NEGATIVE THINGS TO THE RECRUITOR MS TAMMY CANNEY FROM SRT INC.PLAINTIFF OATH AGAINST DEBTS OF 5,000THDS TO THE SRT INC TO BE REFUNDED BY THE APDA ACADEMY AND AGAINST MS CINDY AND JR MANAGERS

**FROM APDA AND THEIR ATTORNEYS TO WITHELD OWED DEBTS BACK TO SRT INC AND PRESIDENT TONY SMITH 904-7300023 FAX 870-2164155 TO ACCOUNTS MRS REGINA WALKER SRT INC 8055 HWY 67 NORTH TEXARKANA AR 71854.**

FORUM
ARBITRATION · MEDIATION · INTERNATIONAL

Name and address for **Claimant(s):**
Anthony C Kenney
1840 South Boulder
apt 702 Tulsa OK 74119
Telephone: 9187709240 Fax:
Email: KKanney004@Yahoo.com

**CLAIM FORM**

File Number: ______________________
*(To be assigned by the FORUM)*

Name and address for **Respondent(s):**
SRT trucking inc
& President Tony
Smith
Telephone: 904-7300023 Fax:
Email:

File Date: ______________________
*(To be assigned by the FORUM)*

NOTICE TO RESPONDENT(S): This is an Arbitration Claim filed against you with the FORUM for money or other relief. You have 30 days to Deliver to the Claimant(s) and file with the FORUM a Written Response and/or file a Counter Claim, Cross-Claim, or Third Party Claim in accord with the Code of Procedure. If you do not Deliver to the Claimant(s) and file with the FORUM a Written Response within 30 days, an Award may be entered against you. You may obtain a free copy of the Code of Procedure from the Claimant or the FORUM.

**Claimant(s) states:**
Plaintiff request documental hearing at the Cost of the defendants to pay bill of Cost filing fee and other all debts owed to Claim.

**Representation Information:**

If you are represented and want the Representative to receive all correspondence, list the information below:

Representative's Name:________________________________________
Address:________________________________________
City:____________________ State:______ Zip:_________
Telephone:__________________ Fax Number:__________________ Email:______________________

**Claimant's Affidavit of Authenticity:**

I, Anthony C Kenney, assert, under penalty of perjury, that the facts
*(Print Claimant's Name)*
supporting the Claim, the supporting Documents, and the Arbitration Agreement are accurate and correct.

Claimant's Signature: [signature] Date: 4-2-15

**Contact Information:**

How do you prefer to receive correspondence regarding this Claim? (Please check the appropriate box)

☒ **Email** *If checked, enter email address here:________________________________

☐ **Fax** *If checked, enter fax number here:______________________________________

☐ **Mail** *If checked, enter mailing address here:
Address:________________________________________
City:____________________ State:______ Zip:_________

**Calculating the Total Claim Amount:**

| | | |
|---|---|---|
| **List Monetary Claim Amount** | 500,000 | Specify amount of money being sought. |
| **List Attorney Fees Amount** | | If Requested, specify the dollar amount of attorney fees. See Rule 12B of the Code of Procedure. |
| **List Interest Amount** | | If Requested, specify the dollar amount of interest accrued. |
| **List Non-Monetary Claim Amount** | | If Requested, specify the value of non-monetary relief sought. |
| **Add the above figures** | | **Total Claim Amount** |

**Calculating the Filing Fee:**

If you have requested non-monetary relief, your Claim involves at least one (1) Consumer Party as defined by Rule 2L, and your total Claim amount is $74,999 or less, your Filing Fee is $242.00.

If you have not requested non-monetary relief or if your total Claim amount is $75,000 or larger, see the Fee Schedule to determine the Filing Fee based on your total Claim amount.

List the Filing Fee Amount $ 2,220

Select the Method of Payment for the Filing Fee: ☐ Check ☐ Credit Card

Account Type: ☐ Visa ☐ MasterCard ☐ Discover ☐ American Express

Account Number :________________ Exp.Date: ________________

If you are an indigent Consumer Party, you may Request a waiver of Common Claim fees pursuant to Rule 45.

**Arbitration Award:**

Do you Request that the Arbitration Award include recovery of Filing Fees and other fees and costs incurred during the arbitration process? ☐ Yes ☒ No

If there is no Response to the Initial Claim, the Claim will be reviewed by an Arbitrator and an Award may be issued. If a Response is submitted, the FORUM will advise the Parties of the Hearing.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**St. Louis District Office**

Robert A. Young Building
1222 Spruce Street, Room 8 100
St. Louis, MO 63103
(314) 539-7800
TTY (314) 539-7803
FAX (314) 539-7894

February 12, 2015

Mr. Anthony Kenney
1840 S. Boulder Street
Apt. 702
Tulsa, OK 74119

Dear Mr. Kenney:

This letter acknowledges receipt of the Intake Questionnaire with attachments you submitted to the St. Louis District Office via fax on February 5, 2015.

**Our records show that you submitted the same or similar information to the Oklahoma City Area Office on February 4, 2015. The Oklahoma office assigned record numbers to your complaints, and that office will handle the initial processing, however, it is likely that both complaints will have to be transferred to the office with geographic jurisdiction over the employer's locations. The record numbers are:**
**564-2015-00498 - Kenney vs. SRT Inc, and**
**564-2015-00499 - Kenney vs. Prime Inc.**

If you have any questions, I can be reached at 314-539-7812 between the hours of 7:30 am and 4:00 pm, Monday thru Friday. If you call and cannot reach me, please leave a message, a telephone number where you can be reached and a day and a time best for me to return your call.

Sincerely,

Katherine A. Compton

Katherine A. Compton
Senior Investigator/Customer Service