UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN - 2 2015
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| Anthony C. Kenney, | ) | |
| Plaintiff, | ) | Case: 1:15-cv-00813 |
| v. | ) | Assigned To : Unassigned<br>Assign. Date : 6/2/2015<br>Description: Pro Se Gen. Civil (F Deck) |
| SRT INC *et al.*, | ) | |
| Defendants. | ) | |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that plaintiff's application to proceed *in forma pauperis* [Dkt. # 2] is GRANTED, and this case is DISMISSED for want of subject matter jurisdiction. This is a final appealable Order.

United States District Judge

DATE: May 26, 2015

N 4